ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite708
San Jose, CA 95113
Tel:  408-292-1040
Fax:   408-416-0248
waqw@sbcglobal.net

Attorney for Plaintiff
Domingo Garcia

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO GARCIA<br><br>            Plaintiff,<br><br>       vs.<br><br>LODI LODGE NO. 1900, THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS USA, and DOES 1-10<br><br>            Defendants | Case No: **2:08−CV−02018−LKK−DAD**<br><br>**ORDER** RE EX PARTE MOTION TO CONTINUE THE STATUS CONFERENCE |

   Plaintiff hereby moves this continue the Status Conference currently scheduled on December 1, 2008, as follows:

   1. The Complaint in this case was filed and Summons issued on August 28, 2008.
   2. The Court scheduled a Status Conference on December 1, 2008.
   3. Complaint was not served on Defendants until November 25, 2008.
   4. As such, Plaintiff respectfully requests that the Court continue the Status Conference for 45 days until January 5, 2009 to allow Defendants to retain a counsel and respond to the Complaint.

Respectfully submitted:

Dated: November 25, 2008                By: /s/ Adam Wang
                                        Adam Wang
                                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Status Conference be continued to February 2, 2009 at 10:00AM; Parties shall file the Joint Status Report no later than 10 days prior to February 2, 2009. Counsel for plaintiff shall give notice of the continued Status Conference and shall file proof of same.

Dated: November 26, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT