IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINGO GARCIA,

        Plaintiff,        No. CIV S-08-2018 DAD

    v.

LODI LODGE NO. 1900, et al.,    ORDER RE-SETTING STATUS
(PRETRIAL SCHEDULING)
        Defendants.      CONFERENCE

_____/

        This action has been reassigned to the undersigned for all further proceedings. By this order, the initial scheduling conference will be re-set. The parties will not be required to file a further status report.

        In their joint status report filed on January 23, 2009, the parties indicate their willingness to participate in the court's Voluntary Dispute Resolution Program (VDRP). Counsel are directed to file a stipulation similar to the sample provided by the Clerk on August 28, 2008. (Doc. No. 4.) Counsel must forward a copy of the stipulation to the VDRP Administrator at the address shown on the Notice of Availability of Voluntary Dispute Resolution provided by the Clerk on August 28, 2008.

        Counsel are informed that they may appear telephonically at all status conferences and motion hearings before the undersigned. To arrange telephonic appearance, parties must

1  contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than 48
2  hours prior to the conference or hearing.
3        Counsel are also informed that the undersigned is not available to conduct civil
4  trials in the months of April, August, and November due to criminal duty judge assignment
5  during those months.  Thus, the undersigned will be unable to accommodate the parties'
6  proposed trial date of November 16, 2009.  Alternate trial dates will be discussed at the status
7  conference.
8        IT IS HEREBY ORDERED that a Status (Pretrial Scheduling) Conference is
9  re-set for **February 27, 2009, at 11:00 a.m.** in Courtroom No. 27 before the undersigned.
10 DATED: February 6, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.consent/garcia2018.ossc