IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINGO GARCIA,

    Plaintiff,                      No. CIV S-08-2018 DAD

    v.

LODI LODGE NO. 1900, et al.,        <u>ORDER</u>

    Defendants.

_____/

        This matter came before the court on January 27, 2009, for status (pretrial scheduling) conference. Adam Wang, Esq. appeared telephonically for plaintiff. Scott Rooker, Esq. appeared telephonically for Velma Lim on behalf of defendant Lodi Lodge No. 1900. For the reasons discussed on the record, IT IS ORDERED that the status conference is continued to March 13, 2009, at 11:00 a.m. in Courtroom No. 27 before the undersigned. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than three days prior to the status conference.

DATED: February 27, 2009.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\garcia2018.oah.sc.cont