IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINGO GARCIA,

    Plaintiff,                      No. CIV S-08-2018 DAD

    v.

LODI LODGE NO. 1900, et al.,           <u>ORDER</u>

    Defendants.
_____/

        This matter came before the court on March 13, 2009, for a further status (pretrial scheduling) conference. Adam Wang, Esq. appeared telephonically for plaintiff. Velma Lim, Esq. appeared telephonically on behalf of defendant Lodi Lodge No. 1900.

        Counsel on behalf of plaintiff reported that plaintiff was proceeding at this time only against defendant Lodi Lodge No. 1900 and not against the Benevolent and Protective Order of Elks USA and would be filing a voluntary dismissal without prejudice with respect to the latter. Counsel is ordered to file that voluntary dismissal within ten days of the date of this order.

        Counsel for both parties reported to the court that their VDRP session was soon to be scheduled and agreed that continuing the scheduling conference until after that session would be appropriate. Good cause appearing, IT IS ORDERED that the status (pretrial scheduling) conference is continued to May 1, 2009, at 11:00 a.m. in Courtroom No. 27 before the

1

undersigned. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than three days prior to the status conference. Counsel shall file a brief joint status conference statement, including a proposed schedule if appropriate, at least three days prior to the status conference.

IT IS SO ORDERED.

DATED: March 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.consent\garcia2018.oah2.sc.cont