1  VELMA K. LIM, SBN: 111006
2  KROLOFF, BELCHER, SMART,
   PERRY & CHRISTOPHERSON
3  7540 Shoreline Drive
   Post Office Box 692050 (95269-2050)
4  Stockton, California  95219
   Telephone:  209/478-2000
5  Facsimile:  209/478-0354

6  Attorneys for Defendant
   LODI LODGE NO. 1900, THE BENEVOLENT
7  AND PROTECTIVE ORDER OF ELKS USA

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12
    DOMINGO GARCIA,                         Case No. 2:08-CV-02018-DAD
13
                    Plaintiff,              **STIPULATION DISMISSING ACTION**
14                                          **WITH PREJUDICE AND COURT**
    vs,                                     **ORDER**
15
    LODI LODGE NO. 1900, THE
16  BENEVOLENT AND PROTECTIVE
    ORDER OF ELKS USA, and DOES 1-10
17
                    Defendants.
18  _____/
19

20     IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Domingo Garcia

21  through his attorney, Adam Wang, and defendant Lodi Elks Lodge through its attorney, Velma K.

22  Lim of Kroloff, Belcher, Smart, Perry & Christopherson, that the entire legal action, including the

23  Complaint, First Amended Complaint, and any other amended complaint naming Domingo

24  Garcia, Lodi Elks Lodge, No. 1900, The Benevolent and Protective Order of Elks USA, John

25  Traxler, Ed O'Neil, Jim Norton, and Henry Perez, are dismissed with prejudice. Costs and fees

26  //

27  //

28  //

---
**STIPULATION DISMISSING ACTION WITH PREJUDICE AND COURT ORDER**
1

are to be borne separately by plaintiff Domingo Barcia and defendant Lodi Elks Lodge.

Dated:  12/3/2009                               LAW OFFICES OF ADAM WANG


                                                By    /s/      Adam Wang
                                                      ADAM WANG
                                                Attorneys for Plaintiff DOMINGO GARCIA


Dated:         11-11        , 2009              KROLOFF, BELCHER, SMART,
                                                PERRY & CHRISTOPHERSON


                                                By          /s/
                                                      VELMA K. LIM
                                                Attorneys for Defendant
                                                LODI LODGE NO. 1900, BENEVOLENT AND
                                                PROTECTIVE ORDER OF ELKS USA


**ORDER**

        IT IS SO ORDERED.


Date:  December 4, 2009.

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.consent/garcia2018.dism
_____

---
**STIPULATION DISMISSING ACTION WITH PREJUDICE AND COURT ORDER**
2